McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>STEVEN NOEL DAVISON,           )<br>                               )<br>            Defendant.         )<br>_____) | Case No. CR-S-08-0350 LKK<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE EXCLUDING TIME |

This matter came on for Status of Counsel at the request of the defendant Steven Noel DAVISON on August 26, 2008, at 9:30 a.m. Assistant United States Attorney Heiko Coppola appeared on behalf of the United States of America and retained counsel Dustin Gordon, Esq., appeared on behalf of defendant Steven Noel DAVISON. The defendant was present in custody.

The defendant indicated that he had received discovery and is awaiting additional discovery from the government. Because the defense is continuing to review the produced discovery in this case, further time is needed for defense preparation. The parties asked that the matter be continued to September 30, 2008, and that the time from August 26, 2008, through September 30, 2008, be excluded under the Speedy Trial Act for defense counsel to examine the

1

defendant's criminal history, pursue plea resolution, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

   Therefore, based upon the representations of the parties at the August 26, 2008 status conference, IT IS HEREBY ORDERED that:

   (1)  A further status conference in this case is set for September 30, 2008, at 9:30 a.m.; and

   (2)  Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from August 26, 2008, up to and including September 30, 2008, is excluded from the time computation required by the Speedy Trial Act based upon the need for the parties continuing resolution of the case.

DATED:    August 28, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2