McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-0350 LKK |
| | ) | |
| Plaintiff, | ) | ORDER FOLLOWING STATUS |
| | ) | CONFERENCE EXCLUDING TIME |
| v. | ) | |
| | ) | |
| STEVEN NOEL DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter came on for a status conference on September 30, 2008, at 9:15 a.m.  Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and retained counsel Dustin Gordon, Esq., appeared on behalf of defendant Steven Noel DAVISON.  The defendant was present in custody.

     Counsel for the defendant indicated that he had received discovery and is awaiting additional discovery from the government. In addition, the parties stated that they were engaged in ongoing plea negotiations.  Because the defense is continuing to review the produced discovery in this case and the parties are negotiating a plea resolution, further time is needed for defense preparation. The parties asked that the matter be continued to November 17, 2008, and that the time from September 30, 2008, through November 17,

2008, be excluded under the Speedy Trial Act for defense counsel to examine the defendant's criminal history, pursue plea resolution, and in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the August 26, 2008 status conference, IT IS HEREBY ORDERED that:

(1) A further status conference in this case is set for November 17, 2008, at 9:15 a.m.; and

(2) Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the time period from September 30, 2008, up to and including November 17, 2008, is excluded from the time computation required by the Speedy Trial Act based upon the need for the parties continuing resolution of the case.

DATED: October 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT