COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
MELISSA DAGUE, SBN 229310
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| STEVEN NOEL DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Monday, November 17, 2008, at 9:15 a.m. to **Tuesday, January 13, 2009, at 9:15 a.m.**   The continuance is requested to allow defendant's counsel additional time for preparation.

     The parties further stipulate and agree that the period from November 17, 2008 to January 13, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  November 14, 2008        /s/ COLIN L. COOPER
                                Attorney for Defendant STEVEN NOEL DAVISON

DATED:  November 14, 2008        /s/ JASON HITT
                                Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for November 17, 2008, is continued to January 13, 2009, at 9:15 a.m. and that the period from November 17, 2008 to January 13, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: November 14, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT