UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                    CR. NO. S-08-350 LKK

STEVEN NOEL DAVISON,
    aka "PSD,"
    aka "PSD the Drivah,"
    aka "Stevie Dee,"

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                    CV. NO. S-09-0045 MCE/GGH

2007 MERCEDES BENZ, S550,
VIN: WDDNG71X77A065783,      <u>RELATED CASE ORDER</u>
CALIFORNIA LICENSE NUMBER:
369ALE,

        Defendant.
_____/

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same

1 judge is likely to effect a substantial savings of judicial effort
2 and is also likely to be convenient for the parties.
3   The parties should be aware that relating the cases under
4 Local Rules 83-123 merely has the result that the actions are
5 assigned to the same judge; no consolidation of the actions is
6 effected.  Under the regular practice of this court, related cases
7 are generally assigned to the judge to whom the first filed action
8 was assigned.
9   IT IS THEREFORE ORDERED that the action denominated CV. NO.
10 S-09-0045 MCE/GGH be, and the same hereby is, reassigned to Judge
11 Lawrence K. Karlton for all further proceedings.  Henceforth the
12 caption on all documents filed in the reassigned case shall be
13 shown as CV. NO. S-09-0045 LKK/GGH.
14   IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17   DATED: February 19, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2