| | |
|---|---|
| 1 | COLIN L. COOPER, SBN 144291 |
| | KELLIN R. COOPER, SBN 172111 |
| 2 | DUSTIN GORDON, SBN 205216 |
| | MELISSA DAGUE, SBN 229310 |
| 3 | COOPER LAW OFFICES |
| | 800 Jones Street |
| 4 | Berkeley, California 94710 |
| | Telephone: (510) 558-8400 |
| 5 | Fax: (510) 558-8401 |
| 6 | Attorneys for Defendant |
| | STEVEN NOEL DAVISON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| STEVEN NOEL DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, March 17, 2009 to May 5, 2009 at 9:15 a.m. The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from Tuesday March 17, 2009 to May 5, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: March 4, 2009  /s/ COLIN L. COOPER
Attorney for Defendant STEVEN NOEL DAVISON

DATED: March 4, 2009  /s/ JASON HITT
Assistant United States Attorney

-1-

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday March 17, 2009 is continued and that the period from March 10, 2009 to May 5, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: March 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT