LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-0350 LKK |
| Plaintiff, ) | ORDER FOLLOWING STATUS CONFERENCE |
| v. ) | VACATING THE TRIAL DATE AND EXCLUDING TIME |
| STEVEN NOEL DAVISON, ) | |
| Defendant. ) | |

This matter came on for a status conference on August 25, 2009, at 9:15 a.m. Assistant United States Attorney Jason Hitt appeared on behalf of the United States of America and retained counsel Dustin Gordon, Esq., appeared on behalf of defendant Steven Noel DAVISON. The defendant was present in custody.

Counsel for the defendant requested that the currently-set trial date be vacated because the defendant intended to enter a guilty plea before this Court on September 29, 2009. The defendant further represented that because of the defendant's location in Butte County Jail, additional time would be needed and should be excluded from computation under the Speedy Trial Act in order to review the government's plea agreement with the defendant prior to entry of a guilty plea.

1

1  The parties therefore requested that the matter be continued to
2  September 29, 2009, for entry of guilty plea and that the time from
3  August 25, 2009, through September 29, 2009, be excluded under the
4  Speedy Trial Act for defense counsel to examine the defendant's
5  criminal history, pursue plea resolution, and taking into account
6  the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  For
7  these reasons, the defendant and the government stipulated that the
8  interests of justice served by granting this continuance outweighed
9  the best interests of the public and the defendant in a speedy
10 trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.
11  The Court adopted the recommendations and stipulations of the
12 parties.

**ORDER**

Based upon the representations and stipulation of counsel at the status conference, **IT IS HEREBY ORDERED** that:

1. The trial date of September 9, 2009, is VACATED;

2. A further status conference is set for September 29, 2009, at 9:15 a.m. for possible entry of a guilty plea; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from August 25, 2009, up to and including September 29, 2009.

**IT IS SO ORDERED.**

DATED: September 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT