COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | ) ) | |
| STEVEN NOEL DAVISON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, November 3, 2009 to December 1, 2009 at 9:15 a.m.  The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from Tuesday, November 3, 2009 to December 1, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  October 30, 2009          /s/ COLIN L. COOPER
                                  Attorney for Defendant STEVEN NOEL DAVISON

DATED:  October 30, 2009          /s/ JASON HITT
                                  Assistant United States Attorney

-1-

1 | GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday November 3, 2009 is continued and that the period from November 3, 2009 to December 1, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: October 30, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT