COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-350 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | FOR CONTINUATION |
| STEVEN NOEL DAVISON, ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday September 13, 2010 to Tuesday, October 19, 2010 at 9:15 a.m.  The continuance is requested to allow defendant's counsel additional time for preparation.

    The parties further stipulate and agree that the period from Tuesday, September 13, 2010 to Tuesday, October 19, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  September 16, 2010                                        /s/ COLIN L. COOPER
                                                                 Attorney for Defendant
                                                                 STEVEN NOEL DAVISON

DATED:  September 16, 2010                                        /s/ JASON HITT
                                                                 Assistant United States Attorney

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2

3  IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, September

4  13, 2010, is continued to Tuesday, October 19, 2010 and that the period from Tuesday, September

5  13, 2010 to Tuesday, October 19, 2010, is excludable from calculation under the Speedy Trial Act

6  pursuant to 18 U.S.C. §3161(h)(8) (A).

7

8

9  DATED: September 14, 2010

10  _____
11  LAWRENCE K. KARLTON
    SENIOR JUDGE
12  UNITED STATES DISTRICT COURT