1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California 94710
4  Telephone: (510) 558-8400
   Fax: (510) 558-8401
5
   Attorneys for Defendant
6  STEVEN NOEL DAVISON

7
                       UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9
                           SACRAMENTO DIVISION
10
   UNITED STATES OF AMERICA,          )        NO. 2:08-CR-350 LKK
11                                     )
        Plaintiff,                     )        STIPULATION AND ORDER
12                                     )        FOR CONTINUATION
   vs.                                 )
13                                     )
   STEVEN NOEL DAVISON,                )
14                                     )
        Defendant.                     )
15                                     )
   _____)
16
        Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the
17
   United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and
18
   agree to continue the status conference in the above-captioned case from Tuesday, October 19,
19
   2010 to Tuesday, November 30, 2010 at 9:15 a.m.  The continuance is requested to allow
20
   defendant's counsel additional time for preparation.
21
        The parties further stipulate and agree that the period from Tuesday, October 19, 2010 to
22
   Tuesday, November 30, 2010 is excludable from calculation under the Speedy Trial Act pursuant
23
   to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.
24

25
26 DATED:  October 18, 2010               /s/ COLIN L. COOPER
                                          Attorney for Defendant
27                                        STEVEN NOEL DAVISON

28 DATED:  October 18, 2010               /s/ JASON HITT
                                          Assistant United States Attorney

                                          -1-

-2-

1

2        GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

3        IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, October 19,

4   2010, is continued to Tuesday, November 30, 2010 and that the period from Tuesday, October 19,

5   2010 to Tuesday, November 30, 2010, is excludable from calculation under the Speedy Trial Act

6   pursuant to 18 U.S.C. §3161(h)(8) (A).

7

8

9   DATED: October 18, 2010

10                                                LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
11                                                UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28