COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR CONTINUATION |
| vs. | ) | |
| STEVEN NOEL DAVISON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, January 25, 2011 to Tuesday, March 15th, 2011, at 9:15 a.m.  The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from Tuesday, January 25, 2011 to Tuesday, March 15, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  January 21, 2011          /s/ COLIN L. COOPER
                                  Attorney for Defendant
                                  STEVEN NOEL DAVISON

DATED:  January 21, 2011          /s/ JASON HITT
                                  Assistant United States Attorney

1  GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

2  IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, January 25, 2011 is continued to Tuesday, March 15, 2011, and that the period from Tuesday, January 25, 2011, to Tuesday, March15, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: January 21, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT