COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUATION |
| vs. | ) | |
| STEVEN NOEL DAVISON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the change of plea hearing in the above-captioned case from Tuesday, March 15, 2011, at 9:15 a.m. to Tuesday, April 19, 2011, at 9:15 a.m.

The parties further stipulate and agree that the period from Tuesday, March 15, 2011, to Tuesday, April 19, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) for the effective preparation of counsel.

DATED: March 15, 2011          /s/ COLIN L. COOPER
                               Attorney for Defendant
                               STEVEN NOEL DAVISON


DATED: March 15, 2011          /s/ JASON HITT
                               Assistant United States Attorney

-1-

**ORDER**

IT IS HEREBY ORDERED that the hearing scheduled for Tuesday, March 15, 2011, is continued to Tuesday, April 19, 2011, and that the period from Tuesday, March 15, 2011, to Tuesday, April 19, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: March 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT