COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:08-CR-350 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR CONTINUATION |
| vs. | ) | |
| | ) | |
| STEVEN NOEL DAVISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
|_____| ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the

United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and

agree to continue the status conference in the above-captioned case from Tuesday, April 19, 2011

to May 3, 2011, at 9:15 a.m.  The continuance is requested to allow defendant's counsel additional

time for preparation.

The parties further stipulate and agree that the period from Tuesday, April 19, 2011 to

Tuesday, May 3, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18

U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  April 15, 2011                          /s/ COLIN L. COOPER
                                                Attorney for Defendant
                                                STEVEN NOEL DAVISON

DATED:  April 15, 2011                          /s/ JASON HITT
                                                Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, April 19, 2011, is continued to Tuesday, May 3, 2011, and that the period from Tuesday, April 19, 2011, to Tuesday, May 3, 2011, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: April 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT