COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEVEN NOEL DAVISON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-CR-350 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR CONTINUATION |
| vs. ) | |
| ) | |
| STEVEN NOEL DAVISON, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant STEVEN NOEL DAVISON, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the Sentencing Hearing in the above-captioned case from Tuesday, September 20, 2011, be continued to Tuesday, October 25, 2011, at 9:15 a.m.  The continuance is requested to allow defendant's counsel additional time for preparation.

The parties further stipulate and agree that the period from Tuesday, September 20, 2011, to Tuesday, October 25, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED:  September 20, 2011          /s/ COLIN L. COOPER
                                    Attorney for Defendant
                                    STEVEN NOEL DAVISON

DATED:  September 20, 2011          /s/ JASON HITT
                                    Assistant United States Attorney

1
2   GOOD CAUSE APPEARING, in that it is the stipulation of the parties:
3   IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, September
4   20, 2011, is continued to Tuesday, October 25, 2011, and that the period from Tuesday,
5   September 20, 2011, to Tuesday October 25, 2011, is excludable from calculation under the
6   Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).
7
8
9   DATED: September 19, 2011

    _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT