UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 10, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-0350 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| STEVEN NOEL DAVISON, ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  STEVEN NOEL DAVISON , Case No. 2:08-CR-0350 , Charge  18:3606 - Volation of Supervised Release , from custody for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

        __     Unsecured Appearance Bond

        __     Appearance Bond with 10% Deposit

        __     Appearance Bond with Surety

        __     Corporate Surety Bail Bond

        ✔     (Other)          Time Served

Issued at  Sacramento, CA  on  December 10, 2013  at  9:23 am .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal